Bennett M. Cohen, Esq. (State Bar No. 98065)
Law Office Of Bennett M. Cohen, PC
1438 Market Street
San Francisco, California 94102
Telephone (415) 864-3246; Fax (415) 373-9365
Email: bennettmcohen@gmail.com

Attorney for PLAINTIFF NATALYA VIGDORCHIK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATALYA VIGDORCHIK,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, WELLS FARGO & COMPANY GROUP DISABILITY INCOME PLAN,<br><br>　　　Defendants. | Case No. 4:19-cv-03891-HSG<br><br>**STIPULATION OF DISMISSAL AND ORDER [FRCP 41(a)]**<br><br>Judge: Haywood S. Gilliam, Jr. |

　　Plaintiff Natalya Vigdorchik, Defendant Liberty Life Assurance Company of Boston, and Defendant Wells Fargo & Company Long-Term Disability Plan erroneously sued as Wells Fargo & Company Group Disability Income Plan, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 1, 2020                LAW OFFICE OF BENNET M. COHEN, PC

                                        By: /s/ *Bennett M. Cohen*
                                            BENNETT M. COHEN, Attorney for Plaintiff
                                            NATALYA VIGDORCHIK

Dated: September 1, 2020                ROPERS, MAJESKI, KOHN & BENTLEY

                                        By: */s/ Blake J. Russum*
                                            BLAKE J. RUSSUM
                                            Attorneys for Defendants,
                                            LIBERTY LIFE ASSURANCE COMPANY
                                            OF BOSTON; WELLS FARGO & COMPANY
                                            LONG-TERM DISABILITY PLAN
                                            erroneously sued as WELLS FARGO &
                                            COMPANY GROUP DISABILITY INCOME
                                            PLAN

## ATTESTATION

I, Bennett M. Cohen, attest that the concurrence in the filing of this Stipulation of Dismissal [FRCP 41(a)] has been obtained from the other signatory herein.

Dated: September 1, 2020                LAW OFFICE OF BENNET M. COHEN, PC

                                        By: /s/ *Bennett M. Cohen*
                                            BENNETT M. COHEN, Attorney for Plaintiff
                                            NATALYA VIGDORCHIK

## ORDER

GOOD CAUSE APPEARING and based on the STIPULATION of the parties, this case is ordered dismissed with prejudice.

Dated: September 14, 2020

                                        By: *Haywood S. Gill, Jr.*
                                            DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL AND ORDER[FRCP 41(A)]; Case No. 4:19-cv-03891-HSG